IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| COLEMAN E. HATHERLY, ET AL., | § | |
| Plaintiffs, | § | |
| v. | § | Civil Action No. C-05-583 |
| MID-CONTINENT CASUALTY CO., | § | |
| Defendant. | § | |

## FINAL JUDGMENT

Pursuant to the Court's Order Granting Defendant's Motion to Dismiss, the Court enters final judgment against Plaintiffs. Plaintiffs' action is hereby DISMISSED.

SIGNED and ENTERED the 10th day of July, 2006.

_____
Janis Graham Jack
United States District Judge